IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

GRAYSON WALKER                                                                    PLAINTIFF

v.                              CIVIL NO. 08-5234

MICHAEL J. ASTRUE, Commissioner
Social Security Administration                                                    DEFENDANT

## **J U D G M E N T**

Now on this 4th day of January, 2010, comes on for consideration the Report and Recommendation dated December 3, 2009, by the Honorable Erin L. Setser, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation is proper and should be adopted in its entirety. Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

/s/Jimm Larry Hendren
HON. JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE